UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAHTIMA R. RHIEB, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. C18-5970 MJP <br><br> ORDER GRANTING ATTORNEY FEES AND COSTS UNDER EAJA |

Pursuant to 28 U.S.C. §§ 2412 and 1920 and upon consideration of Plaintiff's Motion for Attorney Fees and Costs under EAJA, it is hereby ORDERED that under 28 U.S.C. § 2412 attorney fees in the amount of $5,725.44 and related expenses in the amount of $410.90, and costs pursuant to 28 U.S.C. § 1920 in the amount of $6.70 be awarded to plaintiff.

The clerk is ordered to provide copies of this order to all counsel.

Dated July 11, 2019.

Marsha J. Pechman
United States District Judge